CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 21 2016

JULIA C. DUDLEY, CLERK
BY: /s/ May
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT DAVID HAGA, | ) | Civil Action No. 7:16-cv-00157 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NEW RIVER VALLEY REGIONAL | ) | |
| JAIL, et al., | ) | By: Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

On June 2, 2016, the court dismissed the complaint without prejudice for failing to state a claim upon which relief may be granted. However, the court also granted Plaintiff the opportunity to amend the complaint within thirty days.

More than thirty days have passed, and Plaintiff has not attempted to amend the complaint. Accordingly, the Clerk shall strike this case from the active docket and send a copy of this Order to Plaintiff.

It is so **ORDERED**.

ENTER: This 21st day of July, 2016.

/s/ Michael F. Urbanski
United States District Judge